Marshall, CJ., Jones, Day, Allen and Kinkade concur. Robinson, J., not participating.

**No. 921**

No. 19366—The State ex rel. Board of Education of the City School District of the City of Cincinnati, Ohio, v. Samuel Ach et al. In Mandamus.

**70. AMENDMENT—Where procedure of governmental agency is changed by legislative enactment, it amounts to amendment of the laws theretofore existing; and subject to rule of interpretation provided by 26 GC.**

MARSHALL, C. J.

1. Where a legislative enactment materially changes the procedure required to be followed by any governmental agency by requiring certain steps to be taken which were not theretofore necessary, such legislation amounts to an amendment of the laws theretofore existing and is therefore subject to the rule of interpretation provided by section 26 of the General Code.

2. Section 5654-1 of the General Code, which became effective July 23, 1925, does not control the action of a board of education in the matter of the issuance of bonds which had been authorized, advertised for sale and awarded to the successful bidder on July 13, 1925.

Writ allowed.

Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating.

---

# CODE NOTES
## Statutes Considered, Cited, Etc.

**Sec. 11292. SERVICE.**

To corporation, by publication. Affidavit must set forth that corporation failed to elect officers, or appoint agent upon whom service could be made, or that it has no place of doing business in this state. Morton v. Davezac; 3 Abs. 637.

**Sec. 11345. PLEADINGS.**

Allegations of, shall be liberally construed with view to substantial justice between parties. Hortsook v. Seitz; 3 Abs. 636.

**Sec. 11456. JURY.**

If on polling, juror answers in negative or verdict is defective, jury must be sent out again for further deliberation. Humphreys v. Bank; 3 Abs. 619.

**Sec. 11470. TRIAL COURT.**

When questions of fact are tried by it, required to state in writing its conclusions of law separately from conclusions of fact upon request of either party. Rose Bros. v. Employment Bureau. 3 Abs. 657.

**Sec. 11897. RECEIVERS.**

Under control of court, may bring and defend actions in his own name as receiver etc. Riesenberger v. Trust Co.; 3 Abs. 604.

**Sec. 12603. MOTOR VEHICLES.**

Rate of speed greater than 15 miles per hour, presumptive evidence of rate greater than is proper. DiVithorio v. Neiding; 3 Abs. 638.

**Sec. 12607-1. STATE SPEED LAWS.**

Person convicted of violating, may be prohibited from operating motor vehicle and also have certificate of registration suspended. Municipal Law, In Re; 3 Abs. 657.

---

**CAUSES ASSIGNED FOR ORAL ARGUMENT**
From Tuesday, Nov. 10, 1925
to Wednesday, Dec. 19, 1925
**GENERAL DOCKET**
TUESDAY, NOV. 10, 1925

19326. W. O. Small v. Public Utilities Commission of Ohio. Dock. 8-14-25, 3 Abs. 530. Attorneys: Mannix, Crawford & Billingsley, Myers & Myers, Greenville, for Small; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19327. The Cannon Ball Transportation Co. v. Public Utilities Commission.

19328. The Cannon Ball Transportation Co. v. Public Utilities Commission. Dock. 8-14-25, 3 Abs. 530. Attorneys: Blair & Blair, Portsmouth; D. H. Armstrong, Columbus, for Company; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

TUESDAY, NOV. 17, 1925

19103. Columbus Ry. Power & Light Co. v. Public Utilities Commission of Ohio. Dock. 4-23-25, 3 Abs. 278. Attorneys: Johnson, Sharp, Schooler, & Toland, Columbus, for Light Co.; C. C. Crabbe, John W. Bricker, D. H. Armstrong, Columbus, for Commission.

19196. Thomas Magnuson vs. Public Utilities Commission. Dock. 6-12-25; 3 Abs. 386. Attorneys: John A. Scanlon, Cincinnati, for Magnuson; C. C. Crabbe, John W. Bricker, Columbus; Harry S. Wonnell, J. D. Andrews, Hamilton; Charles F. Dolle, Cincinnati, for Commission.

19242. Cleveland, Ashtabula, Conneaut Bus Co. v. Public Utilities Commission of Ohio. Dock. 7-6-25, 3 Abs. 435. Attorneys: Clark T. McConnell, Wm. C. Blackmore, Cleveland, for Bus Co.; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

WEDNESDAY, NOV. 18, 1925

19263. Cincinnati Traction Co. v. Public Utilities Commission. Dock. 7-13-25, 3 Abs. 451. Attorneys: Chas. F. Dolle, Ernst, Cassatt & Cottle, Cincinnati, for Traction Co.; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19288 and 19313. Cincinnati Traction Co. v. Public Utilities Commission of Ohio. Dock. 7-24-25, 3 Abs. 466; and 8-8-25, 3 Abs. 499. Attorneys: Charles A. Dolle, Cincinnati, for Company; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19291 and 19293. Bernard H. Drees, v. Public Utilities Commission of Ohio. Dock. 7-29-25, 3 Abs. 482. Attorneys: Lester A. Jaffe, Clyde M. Abbott, Cincinnati; E. E. Addison, Columbus, for Drees; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19333 and 19334. Henry H. Staley v. Public